DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANKAR P. MARAGH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-788

[August 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2017CF001512AXXXMB.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm appellant's conviction and sentence, except for the imposition of $200 for the cost of prosecution, which, as the State concedes, exceeds the statutorily authorized minimum of $100. *See* § 938.27(8), Fla. Stat. (2018). As the State presented no evidence justifying the additional expense, we reverse pursuant to *Bevans v. State*, 291 So. 3d 591, 594 (Fla. 4th DCA 2020) and remand for the trial court to "impose the mandatory $100 fee, or to impose further costs if it makes appropriate factual findings to support the imposition."

WARNER and MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*